IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CURT SIMPSON,<br><br>       Plaintiff,<br><br>vs.<br><br>FUGLI, LLC, and SINCLAIR OIL CORPORATION, d/b/a SOUTHGATE MARKET,<br><br>       Defendants. | CV 19–207–M–DLC<br><br><br><br>ORDER |

Before the Court is Plaintiff Curt Simpson's Joint Stipulation of Dismissal with Prejudice. (Doc. 12.)

IT IS ORDERED that the Joint Stipulation (Doc. 12) is GRANTED. This matter is dismissed with prejudice. All associated deadlines are VACATED.

DATED this 27th day of April, 2020.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court